MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


FILED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AS:

ATLAS BULK, INC., DBA PETROLEUM DELIVERY SERVICE, ASH, INC., ASH TRANSPORTATION, AND ATLAS CARRIERS, INC., AT EACH OF THE TWO PREMISES LOCATED AT 2900 GIBSON STREET, BAKERSFIELD, CA, AND 2148 BRICYN LANE, BAKERSFIELD, CA.

CASE NO. SW-F-96-3073-DLB

ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

IT IS HEREBY ORDERED THAT:

The search warrant and affidavit in support of the search warrant in the above-captioned case, together with the ex parte application to seal, memorandum of points and authorities, declaration, and this Court's sealing order, be unsealed

DATED: 8/23/19

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE